# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| COHN, AVERN L. | U.S. DISTRICT COURT-MICHIGAN | 05/06/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT JUDGE-SENIOR | ☐ Nomination    Date<br>☐ Initial    ✔ Annual    ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

219 FEDERAL BUILDING
AND U.S. COURTHOUSE
DETROIT, MICHIGAN 48226

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

---

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

✔ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

---

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 05/06/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 05/06/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 05/06/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. INTEL CORP | D | Dividend | M | T | | | | | |
| 2. PROCTER & GAMBLE (FORMERLY GILLETTE) | A | Dividend | K | T | | | | | |
| 3. ROYAL DUTCH PETROLEUM | D | Dividend | L | T | | | | | |
| 4. SCHLUMBERGER, LTD. | C | Dividend | M | T | | | | | |
| 5. SIGMA ALDRICH CORP. | A | Dividend | | | Sold | 11/18/15 | L | F | |
| 6. KIMBERLY CLARK | D | Dividend | M | T | | | | | |
| 7. WALT DISNEY CO. | C | Dividend | M | T | | | | | |
| 8. QUALCOMM INC | C | Dividend | M | T | | | | | |
| 9. BOEING | D | Dividend | M | T | | | | | |
| 10. EXXON MOBIL CORP | B | Dividend | | | Sold | 12/31/15 | L | A | |
| 11. WILLIAMS COMPANIES INC | C | Dividend | K | T | | | | | |
| 12. ARCHER DANIELS MIDLAND | B | Dividend | L | T | | | | | |
| 13. RAYTHEON NEW | C | Dividend | M | T | | | | | |
| 14. JOHNSON & JOHNSON | C | Dividend | M | T | | | | | |
| 15. PEPSICO | C | Dividend | L | T | | | | | |
| 16. LOCKHEED MARTIN | C | Dividend | M | T | | | | | |
| 17. ROVI CORP, FORMERLY GEMSTAR INTL | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 05/06/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | ISHARES TR RUSSELL 2000 VALUE INDEX FUND | A | Dividend | L | T | | | | | |
| 19. | ISHARES TR MSCI EAFE INX FD | | None | | | Donated | | | | |
| 20. | ISHARES TR S&P MIDCAP 400/BARRA VAL | D | Dividend | N | T | | | | | |
| 21. | ISHARES S&P MIDCAP 400/BARRA GR IDX | C | Dividend | O | T | | | | | |
| 22. | BAXTER INTL | C | Dividend | L | T | | | | | |
| 23. | EMCOR GROUP INC. | A | Dividend | M | T | | | | | |
| 24. | PRAXAIR INC | C | Dividend | M | T | | | | | |
| 25. | THE HOWARD HUGHES CORP | | None | N | T | Donated (part) | | | | |
| 26. | ROUSE PROPERTIES INC. | B | Dividend | L | T | | | | | |
| 27. | ISHARES TR MSCI EMERGING MKTS INDX FUND | B | Dividend | L | T | | | | | |
| 28. | ISHARES RUSSELL 2000 GROWTH INDX FUND | B | Dividend | M | T | | | | | |
| 29. | CHUBB CORP | C | Dividend | M | T | | | | | |
| 30. | IBM | C | Dividend | L | T | | | | | |
| 31. | TALMER BANCORP | A | Dividend | K | T | | | | | |
| 32. | BAXALTA | A | Dividend | L | T | Spinoff (from line 22) | 07/01/15 | L | | |
| 33. | GRAHAM HOLDINGS CO | A | Dividend | K | T | Buy | 01/20/15 | L | | |
| 34. | CABLE ONE INC | A | Dividend | L | T | Spinoff (from line 33) | 01/20/15 | M | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 05/06/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. CHEVRON CORP | | None | L | T | Buy | 12/31/15 | L | | |
| 36. PIONEER NAT RES CO | | None | K | T | Buy | 12/31/15 | K | | |
| 37. ISHARES MSCI EX-JAPAN INDEX FD | C | Dividend | M | T | | | | | |
| 38. DODGE & COX INTL FUND | D | Dividend | N | T | | | | | |
| 39. JP MORGAN TAX AWARE REAL RET FD | A | Dividend | M | T | Sold (part) | 04/09/15 | N | A | |
| 40. ISHARES TR RUSSELL 1000 VALUE INDEX FD | D | Dividend | N | T | | | | | |
| 41. EATON VANCE MUT FDS TR | D | Dividend | | | Sold | 08/07/15 | M | F | |
| 42. TROWE PRICE NEW ASIA FD | C | Dividend | M | T | | | | | |
| 43. PAYDEN & RYGEL INV GRP | D | Dividend | M | T | | | | | |
| 44. AIM BAL RISK FUND | | None | | | Sold | 01/02/15 | L | A | |
| 45. HSBC TOTAL RETURN FUND | A | Dividend | | | Sold | 11/09/15 | L | A | |
| 46. PRIMECAP ODYSSEY STK FUND | B | Dividend | M | T | | | | | |
| 47. GATEWAY FUND | B | Dividend | M | T | | | | | |
| 48. GOTHAM ABSOLUTE RETURN FD | B | Dividend | M | T | | | | | |
| 49. GOLDMAN SACHS TR | | None | | | Sold | 01/02/15 | L | A | |
| 50. T ROWE PRICE OVERSEAS STK FD | | None | | | Sold | 01/02/15 | L | A | |
| 51. EQUINOX FUNDS | | None | | | Sold | 10/14/15 | M | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 05/06/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. PRUDENTIAL INV PORTFOLIOS | B | Dividend | L | T | | | | | |
| 53. CAPITAL PRIVATE CLIENT SVCS CAP | C | Dividend | M | T | | | | | |
| 54. DEUTSCH X-TRACKERS MSCI HEDGE FUND | C | Dividend | | | Buy | 04/13/15 | M | | |
| 55. | | | | | Buy (add'l) | 08/12/15 | L | | |
| 56. | | | | | Sold | 10/14/15 | M | A | |
| 57. DEUTSCHE X-TRACKERS MSCI EUROPE HEDGED EQUITY FD | A | Dividend | M | T | Buy | 10/20/15 | M | | |
| 58. DEUTSCHE X-TRACKERS MSCI JAPAN HEDGED EQUITY FD | A | Dividend | L | T | Buy | 10/26/15 | L | | |
| 59. BROWN ADVISORY FDS JAPN ALPGA OPP | D | Dividend | K | T | Buy | 08/07/15 | L | | |
| 60. JOHN HANCOCK LARGE CAP EQUITY FUND | C | Dividend | M | T | Buy | 01/20/15 | M | | |
| 61. SPDR S&P 500 TRUST | C | Dividend | N | T | Buy | 01/23/15 | M | | |
| 62. VANGUARD FTSE EUROPE ETF | A | Dividend | L | T | Buy | 08/07/15 | L | | |
| 63. PARNASSUS INCOME TR CORE EQUITY FD | E | Dividend | M | T | Buy | 01/20/15 | M | | |
| 64. OCH-ZFF OZD II PRIVATE INVESTORS HEDGE FUND | D | Dividend | O | T | Buy | 01/02/15 | N | | |
| 65. XSPRADA CORP SER B CONV PFD | | None | M | T | | | | | |
| 66. ALGEBRAIX DATA CORP | | None | N | T | | | | | |
| 67. BELLEVILLE NORTH VENTURE- BELLEVILLE, MI | A | Interest | L | U | Sold (part) | 07/01/15 | P1 | G | |
| 68. BELLEVILLE NORTH VENTURE- BELLEVILLE, MI | H1 | Distribution | L | U | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 05/06/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. HUNTINGTON GARDEN APTS.OAK PARK, MI | F | Rent | L | U | | | | | |
| 70. HUNTINGTON GARDEN APTS. | F | Distribution | L | U | | | | | |
| 71. LANCASTER HILLS APTS. CO.- SOUTHFIELD, MI | G | Rent | M | U | | | | | |
| 72. LANCASTER HILLS APTS. CO. | F | Distribution | M | U | | | | | |
| 73. FRANKEL-NODLEHS- BLOOMFIELD HILLS, MI | | None | K | U | | | | | |
| 74. BLOOMFIELD VILLAGE SQUARE- BLMFLD HILLS, MI | G | Distribution | J | U | | | | | |
| 75. BLOOMFIELD VILLAGE SQUARE- BLOOMFIELD HILLS, MI | G | Rent | J | U | | | | | |
| 76. BLOOMFIELD VILLAGE SQUARE- BLOOMFIELD HILLS, MI | A | Interest | J | U | | | | | |
| 77. FERRIS PARK TOWERS-LANSING, MI | D | Rent | L | U | | | | | |
| 78. FERRIS PARK TOWERS | A | Interest | L | U | | | | | |
| 79. FERRIS PARK TOWERS | E | Distribution | L | U | | | | | |
| 80. BELLEVILLE NORTH MARSH- BELLEVILLE, MI VENTURE- BELLEVILLE, MI | A | Rent | L | U | | | | | |
| 81. DIXIE PROPERTIES | A | Interest | M | U | | | | | |
| 82. DIXIE PROPERTIES-WATERFORD, MI | E | Rent | M | U | | | | | |
| 83. DIXIE PROPERTIES | E | Distribution | M | U | | | | | |
| 84. BLOOMFIELD PLAZA, LLC- BLOOMFIELD HILLS, MI | G | Rent | N | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 05/06/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. BLOOMFIELD PLAZA, LLC | A | Interest | N | U | | | | | |
| 86. BLOOMFIELD PLAZA, LLC | G | Distribution | N | U | | | | | |
| 87. GGP OPERATING PARTNERSHIP-MULTI STATE | E | Rent | P2 | U | | | | | |
| 88. GGP OPERATING PARTNERSHIP | E | Interest | P2 | U | | | | | |
| 89. GGP OPERATING PARTNERSHIP | F | Dividend | P2 | U | | | | | |
| 90. GGP OPERATING PARTNERSHIP | F | Distribution | P2 | U | | | | | |
| 91. EATON NURSERY SALES-BIRMINGHAM, MI | C | Rent | K | U | | | | | |
| 92. EATON NURSERY SALES | E | Distribution | K | U | | | | | |
| 93. WOODFORD APT. HOTEL CO.-BLOOMFIELD HILLS, MI | C | Rent | K | U | | | | | |
| 94. WOODFORD APT. HOTEL CO. | C | Distribution | K | U | | | | | |
| 95. NORTH HILL CENTER, LLC-ROCHESTER, MI | E | Rent | N | U | | | | | |
| 96. NORTH HILL CENTER, LLC. | A | Interest | N | U | | | | | |
| 97. NORTH HILL CENTER, LLC | F | Distribution | N | U | | | | | |
| 98. BLOOMFIELD PLAZA II LLC-BLOOMFIELD HILLS, MI | A | Interest | K | U | | | | | |
| 99. BLOOMFIELD PLAZA II LLC-BLOOMFIELD HILLS, MI | F | Rent | K | U | | | | | |
| 100. BLOOMFIELD PLAZA II LLC | F | Distribution | K | U | | | | | |
| 101. DALLAS GROUP INVESTORS, LLC-TEXAS | D | Distribution | K | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$50,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 05/06/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102.  THE PICKLE RECIPE, LLC-MICHIGAN | | None | J | T | Buy | 04/05/15 | L | | |
| 103.  PLAINS ALL AMERICAN PIPELINE LP | | None | | | Sold | 12/31/15 | K | A | |
| 104.  KING COUNTY WA BOND | B | Interest | | | Redeemed | 01/02/15 | L | A | |
| 105.  MD ST & LOC FACS LN PUBLIC IMPS BOND | A | Interest | K | T | | | | | |
| 106.  SALT RIVER PROJECT/ARIZONA BOND | C | Interest | L | T | Sold (part) | 07/20/15 | K | A | |
| 107.  STATE OF TEXAS- TECH COLLEGE BOND | D | Interest | | | Sold | 07/20/15 | M | A | |
| 108.  ST TAMMANY PARISH LA SCHOOL DISTRICT #12 BOND | C | Interest | L | T | Sold (part) | 07/20/15 | L | A | |
| 109.  CENTRAL BUCKS PA SCHOOL BOND | D | Interest | M | T | | | | | |
| 110.  NY CITY TRANSITIONAL FIN AUTH REV FUTURE TAX BOND | C | Interest | L | T | | | | | |
| 111.  FARGO, NORTH DAKOTA BOND | C | Interest | L | T | | | | | |
| 112.  MO STATE BOARD OF PUBLIC SCHOOLS BOND | C | Interest | L | T | | | | | |
| 113.  JOHNSON CNTY KANSAS INTERNAL IMPT UNLIMITED TAX BOND | D | Interest | L | T | | | | | |
| 114.  CT STATE REVOLVING FD GEN REV BOND | C | Interest | L | T | | | | | |
| 115.  SNOHMISH CNTY WA SCH DIST BOND | B | Interest | L | T | | | | | |
| 116.  MEMPHIS TN REF-GEN UNLIMITED TAX BOND | B | Interest | L | T | | | | | |
| 117.  RICHLAND WA WATERWORKS UTIL REV REF BOND | B | Interest | L | T | | | | | |
| 118.  UNIV OF AL GEN REV BOND | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 05/06/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119. NY STATE DORM AUTH ST PERS INC TAX REV REF-SER A BOND | A | Interest | L | T | Buy | 01/14/15 | L | | |
| 120. CONDOMINIUM-CHARLEVOIX,MI. | | None | M | W | | | | | |
| 121. SPOUSES HOLDINGS: | | None | | | | | | | |
| 122. EXXON/MOBIL CORP | A | Dividend | K | T | Sold (part) | 01/14/15 | K | A | |
| 123. | | | | | Sold (part) | 06/19/15 | J | A | |
| 124. CATERPILLAR | A | Dividend | K | T | Sold (part) | 01/15/15 | J | A | |
| 125. | | | | | Sold (part) | 08/06/15 | J | A | |
| 126. AMERICAN EXPRESS CO | A | Dividend | | | Sold | 02/26/15 | K | D | |
| 127. APPLE | B | Dividend | K | T | Sold (part) | 01/15/15 | K | D | |
| 128. | | | | | Sold (part) | 08/07/15 | K | C | |
| 129. COSTCO WHOLESALE | B | Dividend | K | T | Sold (part) | 03/25/15 | K | D | |
| 130. GOOGLE INC | | None | | | Buy (add'l) | 02/18/15 | J | | |
| 131. | | | | | Buy (add'l) | 03/06/15 | J | | |
| 132. | | | | | Sold | 01/06/15 | K | A | |
| 133. | | | | | Sold | 07/18/15 | K | A | |
| 134. | | | | | Sold | 07/29/15 | J | A | |
| 135. SSGA US GOV M/M FUND | A | Dividend | O | T | Buy (add'l) | 02/27/15 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 05/06/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 136.  MONSANTO | A | Dividend | | | Sold | 01/15/15 | J | A | |
| 137. | | | | | Sold | 06/29/15 | K | A | |
| 138.  WALT DISNEY | A | Dividend | K | T | Buy (add'l) | 02/27/15 | J | | |
| 139. | | | | | Sold (part) | 03/18/15 | K | D | |
| 140. | | | | | Buy (add'l) | 06/22/15 | J | | |
| 141. | | | | | Buy (add'l) | 07/09/15 | J | | |
| 142. | | | | | Sold (part) | 09/01/15 | L | A | |
| 143.  BRISTOL MYERS SQUIBB | A | Dividend | K | T | Sold (part) | 01/15/15 | J | A | |
| 144. | | | | | Buy (add'l) | 04/17/15 | J | | |
| 145. | | | | | Sold (part) | 08/07/15 | J | A | |
| 146.  UNION PACIFIC | A | Dividend | K | T | | | | | |
| 147.  CHURCH & DWIGHT | A | Dividend | K | T | Sold (part) | 01/15/15 | J | B | |
| 148. | | | | | Sold (part) | 08/21/15 | J | C | |
| 149.  AMERICAN WATER WORKS | A | Dividend | K | T | Sold (part) | 01/15/15 | J | B | |
| 150. | | | | | Sold (part) | 03/18/15 | J | C | |
| 151. | | | | | Sold (part) | 08/18/15 | J | C | |
| 152.  BOEING | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 05/06/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 153. VISA | A | Dividend | K | T | Sold (part) | 01/15/15 | J | C | |
| 154. | | | | | Sold (part) | 09/01/15 | J | B | |
| 155. FORD MOTOR CO | B | Dividend | K | T | Sold (part) | 01/15/15 | J | A | |
| 156. | | | | | Sold (part) | 08/06/15 | K | A | |
| 157. | | | | | Buy (add'l) | 10/22/15 | J | | |
| 158. HOME DEPOT | A | Dividend | K | T | Sold (part) | 01/15/15 | J | C | |
| 159. | | | | | Sold (part) | 03/18/15 | J | C | |
| 160. | | | | | Sold (part) | 03/25/15 | J | D | |
| 161. PRUDENTIAL FINANCIAL | A | Dividend | K | T | | | | | |
| 162. IBM | A | Dividend | J | T | Sold (part) | 02/02/15 | J | A | |
| 163. | | | | | Sold (part) | 08/06/15 | J | A | |
| 164. ECOLAB INC | A | Dividend | K | T | Sold (part) | 02/02/15 | K | B | |
| 165. | | | | | Sold (part) | 08/21/15 | J | B | |
| 166. GOODYEAR | A | Dividend | | | Sold | 02/27/15 | K | A | |
| 167. GO PRO INC | | None | | | Sold | 07/21/15 | J | B | |
| 168. JARDEN CORP | | None | K | T | Sold (part) | 01/15/15 | K | C | |
| 169. | | | | | Sold (part) | 08/21/15 | K | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 05/06/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 170. UNDER ARMOUR INC | | None | K | T | Buy (add'l) | 02/27/15 | J | | |
| 171. | | | | | Sold (part) | 03/25/15 | J | A | |
| 172. | | | | | Sold (part) | 08/11/15 | J | B | |
| 173. | | | | | Sold (part) | 08/18/15 | J | B | |
| 174. ANHEUSER BUSCH | A | Dividend | | | Sold | 03/25/15 | K | A | |
| 175. | | | | | Buy | 04/17/15 | J | | |
| 176. | | | | | Sold | 05/29/15 | K | A | |
| 177. WHITEWAVE FOODS | | None | K | T | Sold (part) | 01/16/15 | J | A | |
| 178. | | | | | Sold (part) | 03/25/15 | J | B | |
| 179. | | | | | Sold (part) | 08/24/15 | J | C | |
| 180. OCCIDENTAL PETROLEUM | A | Dividend | | | Sold | 01/15/15 | K | A | |
| 181. SCHLUMBERGER | A | Dividend | | | Sold | 01/15/15 | K | A | |
| 182. | | | | | Sold | 12/17/15 | K | A | |
| 183. ACTAVIS PLC | | None | | | Sold | 01/15/15 | J | A | |
| 184. ASTRA ZENECA PLC | | None | | | Sold | 03/25/15 | K | A | |
| 185. GILEAD SCIENCES | A | Dividend | | | Buy (add'l) | 07/15/15 | J | | |
| 186. | | | | | Sold | 08/19/15 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 187. MEDTRONIC | A | Dividend | | | Sold | 05/29/15 | K | D | |
| 188. LOCKHEED MARTIN | A | Dividend | K | T | Sold (part) | 02/02/15 | K | A | |
| 189. | | | | | Sold (part) | 08/07/15 | K | D | |
| 190. NIELSEN HOLDINGS | | None | | | Sold | 02/05/15 | J | A | |
| 191. UNION PACIFIC | A | Dividend | | | Sold | 05/29/15 | J | C | |
| 192. UNITED PARCEL SERVICE | A | Dividend | | | Sold (part) | 03/18/15 | J | A | |
| 193. | | | | | Sold | 04/08/15 | J | A | |
| 194. THERMO FISHER SCIENTIFIC | A | Dividend | K | T | Sold (part) | 03/18/15 | J | B | J |
| 195. XYLEM INC | A | Dividend | | | Sold | 01/05/15 | J | A | |
| 196. | | | | | Sold | 02/26/15 | J | A | |
| 197. ARM HOLDINGS PLC | A | Dividend | J | T | Sold (part) | 02/02/15 | J | A | |
| 198. | | | | | Sold (part) | 08/06/15 | J | A | |
| 199. | | | | W | Sold (part) | 08/07/15 | J | A | |
| 200. AUTOMATIC DATA PROCESSING | | None | | | Sold | 01/14/15 | K | A | |
| 201. PALO ALTO NETWORKS | | None | K | T | Buy (add'l) | 08/10/15 | J | | |
| 202. | | | | | Sold (part) | 08/21/15 | J | A | |
| 203. | | | | | Sold (part) | 11/11/15 | J | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 05/06/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 204. DOW CHEMICAL | A | Dividend | K | T | | | | | |
| 205. AMERCO | A | Dividend | K | T | | | | | |
| 206. AMAZON.COM | | None | L | T | Buy | 06/01/15 | L | | |
| 207. | | | | | Sold (part) | 07/29/15 | J | A | |
| 208. HILTON WORLWIDE HOLDINGS INC | A | Dividend | K | T | Buy | 08/21/15 | K | | |
| 209. NETFLIX INC | | None | J | T | Buy | 02/02/15 | J | | |
| 210. STARBUCKS CORP | A | Dividend | K | T | Buy | 02/02/15 | K | | |
| 211. CVS CORP | A | Dividend | J | T | Buy | 08/27/15 | J | | |
| 212. | | | | | Sold (part) | 12/23/15 | J | A | |
| 213. BOSTON PROPERTIES INC REIT | A | Dividend | K | T | Buy | 02/27/15 | K | | |
| 214. | | | | | Sold (part) | 07/08/15 | J | | |
| 215. US BANCORP | A | Dividend | K | T | Buy | 03/10/15 | J | | |
| 216. | | | | | Buy (add'l) | 03/18/15 | J | | |
| 217. | | | | | Sold (part) | 09/01/15 | J | A | |
| 218. | | | | | Sold (part) | 11/11/15 | J | C | |
| 219. BOSTON SCIENTIFIC | | None | J | T | Buy | 06/01/15 | J | | |
| 220. RAYTHEON CO | | None | J | T | Buy | 11/11/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| COHN, AVERN L. | 05/06/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 221.  ALPHABET INC. | | None | K | T | Buy | 02/27/15 | K | | |
| 222.  FACEBOOK INC | | None | K | T | Buy | 02/27/15 | J | | |
| 223. | | | | | Sold (part) | 03/27/15 | J | A | |
| 224. | | | | | Buy (add'l) | 07/15/15 | J | | |
| 225. | | | | | Sold (part) | 08/21/15 | J | A | |
| 226.  SHERWIN WILLIAMS INC. | A | Dividend | K | T | Buy | 07/15/15 | K | | |
| 227.  STEEL DYNAMICS INC. | | None | J | T | Buy | 07/15/15 | J | | |
| 228.  VULCAN MATERIALS CO | | None | J | T | Buy | 10/22/15 | J | | |
| 229.  T MOBILE US INC | | None | J | T | Buy | 10/22/15 | J | | |
| 230.  NEXTERA ENERGY | A | Dividend | J | T | Buy | 01/27/15 | J | | |
| 231. | | | | | Sold (part) | 03/25/15 | J | A | |
| 232. | | | | | Sold (part) | 12/09/15 | J | A | |
| 233.  BIOGEN INC. | | None | | | Buy | 05/29/15 | J | | |
| 234. | | | | | Buy (add'l) | 06/26/15 | J | | |
| 235. | | | | | Sold | 08/21/15 | J | A | |
| 236.  FREEPORT MCMORAN INC, | A | Dividend | | | Buy | 02/27/15 | J | | |
| 237. | | | | | Buy (add'l) | 07/15/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

FINANCIAL DISCLOSURE REPORT

Page 18 of 24

Name of Person Reporting

COHN, AVERN L.

Date of Report

05/06/2016

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 238. | | | | | Sold | 12/17/15 | J | A | |
| 239. GASLOG LTD | | None | | | Buy | 01/16/15 | J | | |
| 240. | | | | | Buy (add'l) | 01/22/15 | J | | |
| 241. | | | | | Sold | 08/06/15 | K | A | |
| 242. GOLDMAN SACHS GROUP | | None | | | Buy | 02/17/15 | J | | |
| 243. | | | | | Sold | 03/17/15 | J | A | |
| 244. JOHNSON & JOHNSON | A | Dividend | | | Buy | 02/19/15 | J | | |
| 245. | | | | | Sold | 10/07/15 | J | A | |
| 246. 3M | | None | | | Buy | 01/13/15 | J | | |
| 247. | | | | | Sold | 03/14/15 | J | A | |
| 248. PHILLIPS 66 CO | | None | | | Buy | 10/06/15 | J | | |
| 249. | | | | | Sold | 10/30/15 | J | A | |
| 250. TASER INTL | | None | | | Buy | 02/27/15 | J | | |
| 251. | | | | | Sold | 07/08/15 | J | C | |
| 252. SKYWORKS SOLUTIONS | | None | | | Buy | 05/01/15 | J | | |
| 253. | | | | | Sold | 08/24/15 | J | A | |
| 254. SCHERING PLOUGH(MRK)BOND | B | Interest | | | Sold | 08/15/15 | M | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 255. UNITED PARCEL SERVICE BOND | B | Interest | | | Sold | 08/15/15 | M | A | |
| 256. ANHEUSER BUSCH BOND | B | Interest | | | Sold | 04/15/15 | L | A | |
| 257. BAXTER INTL BOND | A | Interest | | | Sold | 02/02/15 | L | A | |
| 258. GE BOND | A | Interest | | | Sold | 10/09/15 | L | A | |
| 259. EMERSON ELECTRIC BOND | B | Interest | | | Sold | 04/14/15 | L | A | |
| 260. VERIZON COMMUNICATIONS BOND | A | Interest | | | Sold | 11/02/15 | K | A | |
| 261. COMCAST CORP BOND | B | Interest | | | Sold | 06/29/15 | L | A | |
| 262. PROGRESS ENERGY INC BOND | C | Interest | L | T | | | | | |
| 263. WYETH CORP BOND | C | Interest | M | T | | | | | |
| 264. JOHNSON &JOHNSON BOND | C | Interest | M | T | | | | | |
| 265. AIR PRODUCTS & CHEMICALS BOND | B | Interest | L | T | | | | | |
| 266. US TREASURY BILLS | A | Interest | | | Matured | 02/02/15 | L | A | |
| 267. US TREASURY NOTE | A | Interest | | | Sold | 01/08/15 | L | B | |
| 268. US TREASURY NOTE | A | Interest | | | Sold | 01/30/15 | L | A | |
| 269. US TREASURY NOTE | A | Interest | | | Sold | 02/02/15 | L | C | |
| 270. US TREASURY NOTE | A | Interest | | | Buy | 02/27/15 | L | | |
| 271. | | | | | Sold | 04/23/15 | L | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 272. US TREASURY NOTE | A | Interest | | | Buy | 02/27/15 | K | | |
| 273. | | | | | Sold | 04/23/15 | K | A | |
| 274. US TREASURY NOTE | A | Interest | | | Buy | 07/31/15 | L | | |
| 275. | | | | | Sold | 10/29/15 | L | A | |
| 276. HP CORP BOND | B | Interest | | | Sold | 02/02/15 | L | A | |
| 277. KRAFT FOODS INC BOND | B | Interest | L | T | Buy | 02/02/15 | L | | |
| 278. HOME DEPOT INC. BOND | D | Interest | M | T | Buy | 02/02/15 | M | | |
| 279. MONSANTO CO BOND | B | Interest | M | T | Buy | 08/21/15 | M | | |
| 280. CENTERPOINT ENERGY BOND | D | Interest | M | T | Buy | 02/02/15 | M | | |
| 281. PROCTER & GAMBLE BOND | A | Interest | K | T | Buy | 11/02/15 | K | | |
| 282. SNAP-ON INC. BOND | B | Interest | M | T | Buy | 08/21/15 | M | | |
| 283. FORD MOTOR CREDIT BOND | C | Interest | M | T | Buy | 06/29/15 | M | | |
| 284. BORG WARNER INC BOND | C | Interest | M | T | Buy | 04/21/15 | M | | |
| 285. EBAY INC BOND | A | Interest | | | Buy | 04/21/15 | K | | |
| 286. | | | | | Sold | 06/29/15 | K | A | |
| 287. AT&T INC. BOND | A | Interest | | | Buy | 01/30/15 | K | | |
| 288. | | | | | Sold | 08/15/15 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 05/06/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 289. THERMA FISHER SCIETIFIC BOND | C | Interest | | | Buy | 01/30/15 | M | | |
| 290. | | | | | Sold | 12/15/15 | M | A | |
| 291. ARTSPACE, INC., BIRMINGHAM, MI | | None | L | U | | | | | |
| 292. MERCURY PLAZA SHOPPING CENTER-MI | | None | K | U | | | | | |
| 293. CG&A CENTRAL MALL-OK,TX | A | Rent | J | U | | | | | |
| 294. CG&a CENTRAL MALL | A | Interest | J | U | | | | | |
| 295. LPC INVESTMENTS, LLC | E | Interest | P1 | U | | | | | |
| 296. LPC INVESTMENTS, LLC | A | Dividend | P1 | U | | | | | |
| 297. LPC ENTERPRISES | | None | J | U | | | | | |
| 298. 260 E BROWN ST ASSOC-BIRMINGHAM, MI | D | Rent | K | U | | | | | |
| 299. 260 E BROWN ST ASSOC | F | Distribution | K | U | | | | | |
| 300. LEDFORD APTS-TENN | A | Rent | J | U | | | | | |
| 301. MOUNTAIN CREEK-TENN | A | Rent | K | U | | | | | |
| 302. MOUNTAIN CREEK-TENN | B | Distribution | K | U | | | | | |
| 303. JACKSON OVERLAND-MS | B | Rent | J | U | | | | | |
| 304. BAMAR GROUP-NY | A | Rent | K | U | | | | | |
| 305. BAMAR GROUP | A | Distribution | J | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 05/06/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 306.  BAMAR GROUP | A | Interest | J | U | | | | | |
| 307.  CHELSMFORD-MA | A | Rent | K | U | | | | | |
| 308.  CHELSMFORD | D | Distribution | K | U | | | | | |
| 309.  DALLAS GRP INVESTORS, LLC-TX | C | Distribution | J | U | | | | | |
| 310.  DALLAS GRP INVESTORS-TX | A | Rent | J | U | | | | | |
| 311.  GL PODS ASSOC LLC-MI | A | Rent | K | U | | | | | |
| 312.  THE PICKLE RECIPE LLC-MI | | None | J | U | Buy | 04/06/15 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 05/06/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII-INVESTMENTS AND TRUSTS:

ON THE 2014 FINANCIAL DISCLOSURE REPORT LINE NO 81-GGP LIMITED PARTNERSHIP WAS CLOSED AND ALL OF THE ASSETS OF THE ENITY WERE TRANSFEREED INTO GGP OPERATING PARTNERSHIP  WHICH IS LINE 88 ON THE 2015 REPORT.
PLEASE ACEPT THE ABOVE INFO AS AN AMENDMENT TO THE 2014 REPORT.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ AVERN L. COHN**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544